UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MIGDALIA SANTIAGO,

                        Plaintiff,

-against-

JO ANNE B. BARNHART,
Commissioner of
Social Security,

                        Defendant.
-------------------------------------------------------------------X

JUDGMENT
05-CV- 4925 (DLI)

**FILED**
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.
★ AUG 1 4 2006 ★
P.M. _____
TIME A.M. _____

        An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on August 10, 2006, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings, including but not limited to, a new hearing and issuance of a new decision; it is

        ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings, including but not limited to, a new hearing and issuance of a new decision.

Dated: Brooklyn, New York
         August 11, 2006

                                                         ROBERT C. HEINEMANN
                                                         Clerk of Court

                                                         By *Chief Deputy*